# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **AMANDA JANE COFFEY,** | ) |
| Petitioner, | ) |
| v. | ) No. CIV 17-077-RAW-KEW |
| **ROB FRAZIER,** | ) |
| **Muskogee County Sheriff,** | ) |
| Respondent. | ) |

## OPINION AND ORDER

On March 2, 2017, Petitioner, a pro se prisoner in the Muskogee County Jail, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging, among other things, the execution of at least one of her sentences imposed by the Muskogee County District Court (Dkt. 1). She also filed an incomplete motion for leave to proceed *in forma pauperis* (Dkt. 2). At the direction of the Court, Petitioner filed a supplement to the *in forma pauperis* motion (Dkt. 5) and an amended habeas corpus petition (Dkt. 7). The Court granted Plaintiff's *in forma pauperis* motion on May 1, 2017 (Dkt. 8).

On or about July 16, 2017, Petitioner sent a letter to the Court, asking for relief from her bond and to be released (Dkt. 9 at 4-6). The Court advised her by letter that her requests for relief must be in the form of a motion that conforms to the Court's local civil rules. *Id.* at 2). On August 4, 2017, the letter from the Court was returned by the postal service with the notation, "return to sender, attempted-not known, unable to forward." *Id.* at 1. Petitioner

has not advised the Court of her current address, as required by the Court's local rule:

> All papers shall contain the name, mailing address, daytime telephone number, fax number, and e-mail address, if any, of the attorney or pro se litigant. If any of this information changes, the attorney or pro se litigant must notify the Court by filing the form provided by the Clerk and serving a copy on opposing counsel or pro se parties. . . ."

Local Civil Rule 5.6(a).

Because Petitioner has failed to comply with Local Civil Rule 5.6(a), this action is dismissed without prejudice for failure to prosecute. *See United States ex rel. Geminis v. Health Net, Inc.*, 400 F.3d 853, 854-56 (10th Cir. 2005) (dismissing appeal sua sponte for failure to prosecute because appellant disappeared and failed to meet court deadlines).

**ACCORDINGLY,** this action is, in all respects, DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED** this 10th day of August 2017.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**